**LIPPER MANUFACTURING COMPANY, Appellant, v. AMERICAN BRAND TRIMMING, Inc., Appellee.**

No. 30.

Circuit Court of Appeals, Second Circuit.

Dec. 7, 1931.

Leonard L. Kalish, of Philadelphia, Pa., and Hans v. Briesen, of New York City, for appellant.

J. Granville Meyers and Thomas J. Johnston, both of New York City, for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree [54 F.(2d) 785] affirmed.